ORDER:
Motion for leave is granted.
John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Tiffany Brooke Ponce, ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CIV. NO. 3:13-00129 |
| ) | JUDGE NIXON |
| Carolyn W. Colvin, ) | MAGISTRATE JUDGE BRYANT |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S SURREPLY

Comes now Plaintiff Tiffany Brooke Ponce, by and through counsel, and respectfully moves this Court for Plaintiff's Motion for leave to reply to Defendant's Surreply Brief. Plaintiff has contemporaneously filed with this Court Plaintiff's Sur-Surreply Brief responding to Defendant's Surreply Brief.

Wherefore, Plaintiff respectfully requests that this Court enter an Order REVERSING the final decision of the Commissioner and AWARDING Plaintiff the benefits to which she is entitled. Alternatively, Plaintiff requests that this Court REMAND this matter to the Defendant Commissioner for further consideration by a new Administrative Law Judge. Finally, Plaintiff requests that this Court grant her any and all other relief to which she may be entitled.