ORDER:
Motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIFFANY BROOKE PONCE, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 3:13-00129 |
| | ) | JUDGE NIXON |
| | ) | MAGISTRATE JUDGE BRYANT |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## MOTION TO EXTEND DEADLINES

At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.

On October 1, 2013, the United States moved for a stay of all proceedings in the above-captioned case (Docket Entry No. 27). The Court has not ruled on that motion and the undersigned was prohibited from working on this case between October 1 and October 16, 2013, when Congress passed and the President signed a Continuing Resolution funding the Department of Justice and other federal agencies until January 15, 2014. The undersigned was furloughed between October 1 and October 16, and returned to work on October 17, 2013.

The United States hereby gives notice that late on October 16, 2013, Congress passed and the President signed a Continuing Resolution funding the Department of Justice and other federal agencies until January 15, 2014. The United States therefore moves to extend all deadlines in

this case by sixteen days, through and including Friday, November 1, 2013, commensurate with the duration of the lapse in appropriations.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

BY: s/ S. Delk Kennedy
S. DELK KENNEDY
Assistant United States Attorney
B.P.R. 009799
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system this 18th day of October 2013, to:

David Clyde Downard
Downard & Associates
501 Union Street, Suite 304
Nashville, TN 37219

                                            s/ S. Delk Kennedy
                                            S. DELK KENNEDY
                                            Assistant United States Attorney